(November 30, 1970)

In the Matter of THOMAS F. GORDON, Petitioner. BROOKLYN BAR ASSOCIATION, Respondent.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.